UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODY LEDOUX,

                                Plaintiff,

                -against-

JPMORGAN CHASE BANK, N.A.,

                                Defendant.

25-CV-9751 (RFT) (PAE)

**<u>ORDER</u>**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 30, 2025, Plaintiff, who is proceeding pro se, paid the filing fees to commence this action. On January 2, 2026, Judge Paul A. Engelmayer referred this matter to me for general pretrial supervision. (*See* ECF 5.)

The Clerk of Court is directed to issue a summons as to Defendant JPMorgan Chase Bank, N.A.. Plaintiff is directed to serve the summons and Complaint on Defendant within 90 days of the date of the issuance of the summons.[1]

If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the Complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because she had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiff may receive Court documents by email by completing the Consent to Electronic Service form, which can be found at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.[2]

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, she should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, she should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

---

[2]    If Plaintiff consents to receive documents by email, Plaintiff will no longer receive Court documents by regular mail.

The Clerk of Court is directed to mail a copy of this order and the issued summons to Plaintiff's address as listed on the docket.

Dated: January 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge