UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODY LEDOUX,

                    Plaintiff,

            -against-

JPMORGAN CHASE BANK, N.A.,

                    Defendant.

25-CV-9751 (RFT) (PAE)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 9, 2026, an information package, that included the summons, was mailed to Plaintiff. (ECF 7.) However, on January 17, 2026, Plaintiff requested the issuance of a summons. (*See* ECF 9; ECF 10.) If Plaintiff has not received the package containing the summons, he should write a letter to the Court by **February 27, 2026** explaining that he needs the service package to be mailed to him again.

Dated: February 11, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge